**Harold Jerome THORNTON, Plaintiff–Appellant,**

v.

**Terry O'BRIEN, Warden; Brinson, Lieutenant, Agent formerly known as Brenson; J. Squires, Officer, Agent formerly known as John Doe # 1; A. Crawford, Counselor, Agent formerly known as John Doe # 2, Defendants–Appellees.**

No. 13–7539.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 19, 2013.

Decided: Dec. 24, 2013.

Harold Jerome Thornton, Appellant Pro Se. Jarod James Douglas, Assistant United States Attorney, Wheeling, West Virginia, for Appellees.

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Jerome Thornton appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619

(1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thornton v. O'Brien,* No. 5:12–cv–00074–FPS–JSK (N.D.W.Va. Aug. 21, 2013). We deny Thornton's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*